TIMOTHY BRENNER,

    Plaintiff,                                      Case No. 07-cv-12433

vs.                                              Hon. Patrick J. Duggan
                                                  Magistrate Judge: Mona K. Majzoub

WHITE LAKE TOWNSHIP, WHITE LAKE
TOWNSHIP POLICE DEPARTMENT, OFFICER
MATTHEW IVORY,

    Defendants.
_____/

Alyson Oliver (P-55020)
Attorney for Plaintiff
995 W. Huron Street
Waterford, MI 48328
(248) 682-9396

JOHNSON, ROSATI, LaBARGE,
ASELTYNE & FIELD, P.C.
By:    S. RANDALL FIELD (P31841)
CARLITO H. YOUNG (P61863)
Attorneys for Defendants
34405 W. Twelve Mile Road, Suite 200
Farmington Hills, MI 48331-5627
(248) 489-4100 / (248) 489-1726 (fax)
_____/

## ORDER OF DISMISSAL

At a session of said Court held in the City of
Detroit, County of Wayne, and State of Michigan on
April 11, 2008.

PRESENT: HONORABLE PATRICK J. DUGGAN
UNITED STATES DISTRICT COURT JUDGE

Pursuant to the Stipulation of the parties:

IT IS HEREBY ORDERED that Plaintiff's Complaint and claims against Defendants, White Lake Township, White Lake Township Police Department and Officer Matthew Ivory, be dismissed with prejudice and without the award of costs or attorney fees to any party.

IT IS FURTHER ORDERED that this Order resolves the last pending claim and closes the case.

s/Patrick J. Duggan
Patrick J. Duggan
United States District Judge

Dated: April 11, 2008

I hereby certify that a copy of the foregoing document was served upon counsel of record on April 11, 2008, by electronic and/or ordinary mail.

s/Marilyn Orem
Case Manager